# BACHNER & ASSOCIATES, P.C.

ATTORNEYS AT LAW
111 BROADWAY
SUITE 701
NEW YORK, NEW YORK 10006

—

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

—

www.bhlawfirm.com

MICHAEL F. BACHNER*
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
18 METZGER DRIVE
WEST ORANGE, NJ 07052

December 28, 2023

**VIA ECF**
Hon. Lewis J. Liman
US District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

REQUEST GRANTED.

12/29/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    **U.S. v. Caruso (John Nolan), 23 Cr. 654 (LJL)**

Dear Judge Liman:

My office represents John Nolan. I write with the consent of the prosecution to respectfully request an extension from today, December 28, 2023 until January 3, 2024 to obtain a third signature for Mr. Nolan's bond. Mr. Nolan was released at presentment on a $1,000,000 bond secured by his own signature. The signatures of three additional financially responsible persons were to be secured by today. (Dkt Entry #7) Two persons have signed the bond. A third FRP was okayed today by the government. However, after reviewing bond, the proposed signer just asked my office for a few more days to consult with his own counsel regarding his obligations under the bond.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Respectfully,

/s/ Michael Bachner

Michael F. Bachner

Cc: Government counsel
      Pre-trial Services