# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 111 BROADWAY
### SUITE 701
### NEW YORK, NEW YORK 10006
—
### TELEPHONE: (212) 344-7778
### FACSIMILE: (212) 344-7774
—

**www.bhlawfirm.com**

MICHAEL F. BACHNER*
*ALSO ADMITTED IN NJ

NEW JERSEY OFFICE
18 METZGER DRIVE
WEST ORANGE, NJ 07052

March 27, 2024

<u>**VIA ECF**</u>
Hon. Lewis J. Liman
US District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

REQUEST GRANTED.

3/28/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:    U.S. v. Caruso (John Nolan), 23 Cr. 654 (LJL)**

Dear Judge Liman:

My office represents John Nolan. I write with the consent of the prosecution to respectfully request that one of the cosigners on Mr. Nolan's bond, Terrence McMullen, be removed and substituted with Alysson Woods, who is the spouse of the cosigner Adam Woods, Esq.  Mr. McMullen has started a new business and his partner is concerned that the bond obligation might impact on the business. Alysson Woods has been interviewed by the Government and her bond has been executed.

Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Respectfully,

*/s/ Michael Bachner*
Michael F. Bachner

------------------------------------------
Hon. Lewis J. Liman USDCJ

Cc: Government counsel
    Pre-trial Services