UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
-v-                              :         23-CR-654-2 (LJL)
:
JOHN NOLAN,                                :         <u>ORDER</u>
:
Defendant.                     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The parties are hereby put on notice that the Court is considering a downward variance in this case. In addition, the parties shall be prepared to discuss whether the special condition of mental health treatment is appropriate in this case.

    SO ORDERED.

Dated: February 24, 2025
       New York, New York
                                          LEWIS J. LIMAN
                                      United States District Judge